# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 16, 2015

## NO. 03-15-00308-CV

**Timothy Onkst, Appellant**

**v.**

**Jennifer Onkst, Appellee**

## APPEAL FROM 345TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND FIELD
## DISMISSED

This is an appeal from the orders signed by the district court in a suit affecting the parent-child relationship. Having reviewed the record, it appears that the appeal should be dismissed. Therefore, the Court dismisses the appeal. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.